# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0189
Lower Tribunal No. 19-23903
_____

**Luis Marquez,**
Appellant,

vs.

**Michele Lazarow,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Law Firm of Juan-Carlos Planas, P.A., and Juan-Carlos Planas, for appellant.

Gunster, Yoakley & Stewart, P.A., and Thomas R. Julin, and Timothy J. McGinn, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and MILLER, JJ.

PER CURIAM.

Affirmed.  See § 768.295(4), Fla. Stat. (2020) (emphasis added) ("The court shall award the prevailing party reasonable attorney fees and costs incurred in connection with a claim that *an action* was filed in violation of this section."); Marquez v. Lazarow, 324 So. 3d 485 (Fla 3d DCA 2020) (affirming final summary judgment and grant of attorneys' fees in favor of appellee).